The People of the State of Illinois, Plaintiff-Appellee, *v.* Carl Douglas Prater, Defendant-Appellant.

(No. 73-228;

Second District—April 30, 1974.

Opinion by Mr. JUSTICE T. MORAN.

George Pease, Public Defender, of Waukegan (Michael J. Boyd, Assistant Public Defender, of counsel), for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.